Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Stephen J. Steinlight**
stephen.steinlight@troutman.com

February 16, 2018

**BY ECF**
Honorable Sandra J. Feuerstein
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4451

Re:   *Dane Myron v. United Collection Bureau, Inc.*
      Case No. 2:17-cv-07037-SJF-SIL
      Letter-Motion to Vacate Notice of Settlement and reopen case

Dear Judge Feuerstein:

This firm represents Defendant United Collection Bureau, Inc. ("UCB") in the above referenced action. This firm also represents Midland Credit Management, Inc. ("MCM") in another action with the same Plaintiff and legal counsel, (Case No. 2:17-cv-07151-DRH-SIL) ("The MCM Case").

The parties settled the MCM case; however, a Notice of Settlement was filed in the above-referenced action. (Dkt #10).  This filing was an inadvertent error.  Further, the Court administratively closed the case in response to this filing.

We ask the Court to strike this Notice of Settlement and reopen the case for further proceedings.

We thank Your Honor for your consideration of this matter.

Respectfully submitted,


*/s/ Stephen J. Steinlight*
Stephen J. Steinlight